UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TREVOR C. BURTTON,

        Plaintiff,

       v.                                                Case No. 20-C-277

KENOSHA COUNTY JAIL, et al.,

        Defendants.

---

## ORDER

---

      Plaintiff Trevor Burtton, who is currently representing himself, filed this 42 U.S.C. § 1983 action on February 20, 2020. The Clerk of Courts mailed Plaintiff the court's screening order on April 1, 2020, but it was returned as undeliverable and unable to forward on April 10, 2020. It appears Plaintiff has changed addresses without notifying the court. Plaintiff's failure to notify the Clerk of Courts of any change in his address has stalled the litigation of this case. Pursuant to Civil Local Rule 41, the court may enter an order of dismissal if a plaintiff is not diligently prosecuting an action. Civil L.R. 41 (E.D. Wis.). Based upon the foregoing, Plaintiff has 21 days from the date of this order to update his address with the Clerk of Courts. Failure to do so will result in dismissal of this action.

      **SO ORDERED** at Green Bay, Wisconsin this 28th day of April, 2020.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach, District Judge
                                                            United States District Court